1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMMERSION CORPORATION,<br><br>                    Plaintiff,<br><br>          v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC, et al.,<br><br>                    Defendants. | Case No.  16-cv-00857-RMW<br><br>**ORDER GRANTING PETITION TO CONFIRM ARBITAL AWARD**<br><br>Re: Dkt. Nos. 1, 38<br><span style="color:red">**Redacted Order**</span> |

Plaintiff Immersion Corporation petitions this court to confirm an arbital award against defendants Sony Computer Entertainment America LLC and Sony Computer Entertainment Inc. (collectively, "Sony") under the New York Convention. Dkt. No. 1. Sony opposes the petition and requests that the award be vacated pursuant to Article V of the New York Convention and §10 of the Federal Arbitration Act. Dkt. No. 38. The court heard argument on April 1, 2016. For the reasons set forth below, the court grants Immersion's petition to confirm the award. Sony's motion to vacate is denied. Immersion's request for attorney's fees is denied.

I.      **BACKGROUND**

<span style="color:red">REDACTED</span>

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

16-cv-00857-RMW
ORDER GRANTING PETITION TO CONFIRM ARBITAL AWARD
FC

1

2

3                                    REDACTED

4

5

6

7

8

9

10

11

12

13

14

_____

15

16

17

18

United States District Court
Northern District of California

19

20

21

22

23

24

25

26

27

28

3

REDACTED

16-cv-00857-RMW
ORDER GRANTING PETITION TO CONFIRM ARBITAL AWARD
FC

1          REDACTED

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

5

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

16-cv-00857-RMW
ORDER GRANTING PETITION TO CONFIRM ARBITAL AWARD
FC

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

7

REDACTED

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

8

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

16-cv-00857-RMW
ORDER GRANTING PETITION TO CONFIRM ARBITAL AWARD
FC

REDACTED

16-cv-00857-RMW
ORDER GRANTING PETITION TO CONFIRM ARBITAL AWARD
FC

REDACTED

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

16-cv-00857-RMW
ORDER GRANTING PETITION TO CONFIRM ARBITAL AWARD
FC

1

REDACTED

2

3

4

5

6

7

8

9

10

11

12

United States District Court
Northern District of California

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

12

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

16-cv-00857-RMW
ORDER GRANTING PETITION TO CONFIRM ARBITAL AWARD
FC

REDACTED

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

14

1

2                                    REDACTED

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23   _____

24

25

26

27

28

16-cv-00857-RMW
ORDER GRANTING PETITION TO CONFIRM ARBITAL AWARD
FC

United States District Court
Northern District of California

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

16-cv-00857-RMW
ORDER GRANTING PETITION TO CONFIRM ARBITAL AWARD
FC

1   REDACTED

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

17

REDACTED

16-cv-00857-RMW
ORDER GRANTING PETITION TO CONFIRM ARBITAL AWARD
FC

1

2

3            REDACTED

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22    —————————————————

23

24

25

26

27

28                                    19

United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

REDACTED

16-cv-00857-RMW
ORDER GRANTING PETITION TO CONFIRM ARBITAL AWARD
FC

REDACTED

United States District Court
Northern District of California

**IV.     CONCLUSION**

  For the foregoing reasons, Sony's motion to vacate the award is denied. Immersion's

petition to confirm the award is granted. Immersion's request for attorney's fees is denied.

  The court has filed this order under seal. If either party believes that any portion discloses

confidential information, the party must file an administrative motion to file under seal within 14

days of this order. The motion must be accompanied by an unredacted version of the order, filed

under seal, highlighting the portions of the order that the party seeks to seal. The motion must also

be accompanied by a declaration establishing that such portions of the order are sealable. No

proposed order or redacted version of the order need be filed. If neither party moves to seal any

21

1    part of this order with 14 days, this order will be made public in its entirety.

2        **IT IS SO ORDERED.**

3    Dated: April 26, 2016

4                                          _____
                                           Ronald M. Whyte
5                                          United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

22